# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL BUILDING MAINTENANCE, LLC dba ALLIED UNIVERSAL JANITORIAL SERVICES,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSEPH CALCOTE,<br><br>  Defendant. | CASE NO.: 8:22-cv-01125-KES<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

On this day came to be heard Plaintiff's Emergency Motion for Temporary Restraining Order ("Motion"). The Court, after considering the Motion and Plaintiff's Memorandum of Law in Support thereof, is of the opinion that the Motion should be GRANTED.

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. A Temporary Restraining Order shall issue immediately:

(a) Enjoining Defendant Joseph Calcote from using, disclosing, or further misappropriating the Allied Universal trade secrets sent from the email address joe.calcote@aus.com to the email address 4ucoty@gmail.com and any and all attachments thereto, including but not limited to the following documents (hereinafter collectively the "Documents"):

   i. The documents entitled "NEW proposal boilerplate AU 2020 VC New" and "Cost Sheet for [Client]", attached to the email sent at 2:20 pm on March 19, 2022;

   ii. The documents entitled "Cost Sheets – [Client] Sec. A Additional Services Tag"; "[Client] section A additional services tag"; [Client] EMERGENCY CONTRACT", "[Client] – Section B (2021) Rebid"; "[Client] – Section C (2021) Rebid"; "NEW proposal boilerplate AU 2020 NEW," "[Client] additional services," and "Cost Sheets – [Client] Sec. A Additional Services Tag", attached to the email sent at 2:51 pm on March 19, 2022;

   iii. The documents entitled "[Client] – Section A (2021) Rebid"; "[Client] – Section B (2021) Rebid;" and "[Client] – Section C (2021) Rebid" attached to the email sent at 7:31 pm on March 19, 2022;

   iv. The document entitled "[Client] Emergency Contract" attached to the email sent at 7:41 pm on March 19, 2022;

  v. The document entitled "[Client] Employee List," attached to the email sent at 8:38 pm on March 19, 2022;

  vi. The documents entitled "Bid [Client] Long Beach", "Bid [Client] LB", and "Joe Calcote Target List", attached to the email sent at 9:17 pm on March 19, 2022;

  vii. The document entitled "RFP [Contract Number] Janitorial Services" attached to the email sent at 9:24 pm on March 19, 2022;

  viii. The document entitled "[Client] Scope of Work," attached to the email sent at 9:41 pm on March 19, 2022;

  ix. The document entitled "[Client] Cost Sheet #1" attached to the email sent at 10:39 pm on March 19, 2022;

  x. The documents entitled "Aaron & Kayla Account List," "Account List JBoehme," "FM Account List—Lucero" and "Pam & Erick's B.O.B.", attached to the email sent at 11:07 pm on March 19, 2022;

  xi. The documents entitled "[Client] Disinfecting Quote 03.27.20", "[Client] Cost Sheet", "[Client] Cost Sheet (New)" and "[Client] – Coronavirus – US Version", attached to the email sent at 12:05 am on March 20, 2022;

  xii. The document entitled "[Client] Proposal", attached to the email sent at 12:07 am on March 20, 2022;

  xiii. The document entitled "Bid [Client] Final Cost Sheet", attached to the email sent at 12:12 am on March 20, 2022;

  xiv. The document entitled "Bid [Client] Final Cost Sheet", attached to the email sent at 12:14 am on March 20, 2022;

  xv. The documents entitled "AUJS Specification (3x2x)," "Re: Covid-19 Vaccination Report Card," and "Bid [Client] Final Cost Sheet", attached to the email sent at 12:39 am on March 20, 2022;

xvi. The document entitled "BID [Client] With Day Porter", attached to the email sent at 12:48 pm on March 20, 2022;

xvii. The document entitled "Copy of Contract List as of 12-21-2019", attached to the email sent at 1:13 pm on March 20, 2022;

xviii. The document entitled "AUJS Specification (COVID Full Service)," attached to the email sent at 1:16 pm on March 20, 2022;

xix. The documents entitled "AUJS_Disinfecting_Scope-Work_V4_4.3.2020(3)," "[Client] CLEANER DISINFECTANT-UK (English), and "[Client] – Disinfectants – SpecSheet", attached to the email sent at 1:17 pm on March 20, 2022;

xx. The document entitled "AUJS Specification Scope of Work," attached to the email sent at 1:30 pm on March 20, 2022;

xxi. The document entitled "Copy of COVID19_Grant_Report_CA_State_MKB Calls," attached to the email sent at 1:41 pm on March 20, 2022;

xxii. The document entitled "[Client] – LBPL", attached to the email sent at 1:56 pm on March 20, 2022;

xxiii. The documents entitled "[Client] I", "[Client] II 7-20-20," "[Client] II 8-20-20 submitted [dollar figure]", and "[Client] – [Locations]" attached to the email sent at 2:17 pm on March 20, 2022;

xxiv. The documents entitled "[Client]—Color Plan ([Location])" and "Copy of Bid [Client]-[Location] II 7-20-20", attached to the email sent at 2:23 pm on March 20, 2022;

xxv. The document entitled "[Client] I Janitorial Scope of Work" and "[Client] II Janitorial Scope of Work," attached to the email sent at 2:27 pm on March 20, 2022;

xxvi. The documents entitled "Night [Client]" and "Night Recommendations", attached to the email sent at 2:31 pm on March 20, 2022;

xxvii. The document entitled "Client Master Account List Jun20", attached to the email sent at 2:36 pm on March 20, 2022;

xxviii. The document entitled "INTRO LETTER TO PROSPECTS", attached to the email sent at 2:41 pm, on March 20, 2022;

xxix. The document entitled "Duster Letter Version 1, 2, 3", attached to the email sent at 3:40 pm, on March 20, 2022;

xxx. The documents entitled "AUJS Consumables Pricing List 1-1-20," "AUJS Day Porter and Pressure Washing," and "AUJS – Additional Services Luxury Residential", attached to the email sent at 3:48 pm on March 20, 2022;

xxxi. The document entitled "NEW Joe Calcote Sales Goals 03-22", attached to the email sent at 3:54 pm on March 20, 2022;

xxxii. The document entitled "Joe Calcote Commission Report" and "Commission Form February 15, 2022", attached to the email sent at 4:55 pm on March 20, 2022;

xxxiii. The document entitled "Joe Calcote Commission Form 072021", attached to the email sent at 5:21 pm on March 20, 2022;

xxxiv. The document entitled "Joe Calcote Commission Form 10192021", attached to the email sent at 5:26 pm on March 20, 2022;

xxxv. The document entitled "Joe Calcote Commission Form for [Client]", attached to the email sent at 5:29 pm on March 20, 2022;

xxxvi. The document entitled "[Client] Cost Sheet (2)," attached to the email sent at 5:42 pm on March 20, 2022;

xxxvii. The document entitled "Allied Universal-Day Porter Luxury Apartments," attached to the email sent at 5:47 pm on March 20, 2022;

xxxviii. The document entitled "Allied Universal Janitorial Services Day Porter Scope of Work," attached to the email sent at 5:49 pm on March 20, 2022;

xxxix. The document entitled "Allied-Universal_Branding-Guidelines_2020_WEB-V5," attached to the document sent at 5:50 pm on March 20, 2022;

xl. The documents entitled "Copy of PMA [Client Address]", "Copy of PMA [Client Address], "Copy of FINAL Allied Cost Proposal 2020-2021 FINAL COST SHEET", and [Client] Service Agreement for [Locations]" attached to the email sent at 1:53 am on March 21, 2022;

xli. The document entitled "Commission Report Form March 21, 2022," attached to the email sent at 3:44 pm on March 21, 2022;

xlii. The document entitled "Cancellation of [Client]", attached to the email sent at 12:55 am on March 22, 2022;

xliii. The document entitled "Cancellation of [Client]," attached to the email sent at 1:00 am, on March 22, 2022, Calcote forwarded to his personal email another copy of the document entitled "Cancellation."

(b) Enjoining Defendant Joseph Calcote, or anyone acting in concert with him, from soliciting, either on his own behalf or on behalf of others, any of the Allied Universal clients or customers identified in the documents listed in Paragraph 1(a)(i-xliii).

(c) Requiring Defendant Joseph Calcote to turn over for inspection and review all personal and business computers, laptops, external hard drives, flash drives, external devices and phones for forensic review by a computer forensic

expert of Plaintiffs' choosing, no later than three (3) calendar days from the date of this Order, to ensure that the Documents are not further used or disseminated.

(d) Requiring Defendant Joseph Calcote to contact counsel for Plaintiffs, no later than three (3) calendar days from the date of this Order, to arrange a protocol for the inspection of his personal email account(s) to ensure that the Documents are not further used or disseminated.

**IT IS FURTHER ORDERED:**

The parties shall appear at _____ a.m./p.m. on _____, 2022, before the Honorable _____ in Courtroom _____, located at _____, to show cause why a Preliminary Injunction should not be ordered according to the terms and conditions set forth above.

This Order shall remain in effect until fourteen (14) calendar days from the date hereof, or until the conclusion of the hearing identified in Paragraph 3, above, whichever is sooner.

Dated: _____

UNITED STATES DISTRICT JUDGE

---

7

[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

4858-7358-3395, V. 1