**EXHIBIT A**

| | | |
|---|---|---|
| Attorney or Party without Attorney:<br>Matthew T. Sinnott, SBN: 229468<br>MARTENSON HASBROUCK & SIMON, LLP<br>5800 Armada Drive Suite 101<br>Carlsbad, CA 92008<br>TELEPHONE No.: (760) 683-8499   FAX No. (Optional): (442) 244-0821<br>E-MAIL ADDRESS (Optional):<br>Attorney for: Plaintiff | Ref No. or File No.:<br>166.03428 | FOR COURT USE ONLY |

Insert name of Court, and Judicial District and Branch Court:
UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

Petitioner: UNIVERSAL BUILDING MAINTENANCE, LLC, et al.
Respondent: JOSEPH CALCOTE

| DECLARATION OF DUE DILIGENCE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>8:22-cv-01125-KES |
|---|---|---|---|---|

After due search, careful inquiry and diligent attempts at the following address(es), I have not been able to effect service of said process on: **JOSEPH CALCOTE**

Documents: **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF; CIVIL COVER SHEET; CERTIFICATION AND NOTICEOF INTERESTED PARTIES; NOTICE TO COUNSEL; STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

| Date | Time | | Results |
|---|---|---|---|
| 6/10/2022 | 3:05 PM | Home | 5453 Shenandoah Ave, Los Angeles, CA 90056-1038<br>Gven address is under construction, workers said owner of the property is a female |

Fee for Service: **$ 144.85**
County: **Los Angeles**
Registration No.: **3267**
**Nationwide Legal, LLC**
**110 West C. St, Suite 1211**
**San Diego, CA 92101**
**(619) 232-7500**

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on June 17, 2022.

Signature: _____
Alfredo Ricardo Paz

**DUE DILIGENCE REPORT**

Order#: SD98921
Ex. A, Page 6

| *Attorney or Party without Attorney:* <br> Matthew T. Sinnott, Esq. (SBN 229468) <br> Martenson, Hasbrouck & Simon LLP <br> 5800 Armada Drive, Suite 101    Carlsbad, CA 92008 <br> *Telephone No:* 760-683-8499 <br><br> *Attorney For:* Plaintiff | *Ref. No. or File No.:* <br> 166.03428 | **For Court Use Only** |
|---|---|---|
| *Insert name of Court, and Judicial District and Branch Court:* <br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA ||| 
| *Plaintiff:* UNIVERSAL BUILDING MAINTENANCE, LLC dba ALLIED UNIVERSAL JANITORIAL SERVICES <br> *Defendant:* JOSEPH CALCOTE |||
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 8:22-cv-01125-KES |

1. I, Gabriela Melendez 5644, Los Angeles , and any employee or independent contractors retained by FIRST LEGAL are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on subject JOSEPH CALCOTE as follows:

2. **Documents:** Summons in a Civil Action; Complaint For Damages And Injunctive Relief; See Attached List of Additional Documents Served

| Attempt Detail |
|---|

1) Unsuccessful Attempt by: Gabriela Melendez (5644, Los Angeles) on: Jun 16, 2022, 8:01 pm PDT at 20425 Madison Street, Torrance, CA 90503
There was no answer at the door and it was dark inside. There was no activity.

2) Unsuccessful Attempt by: Gabriela Melendez (5644, Los Angeles) on: Jun 17, 2022, 7:59 pm PDT at 20425 Madison Street, Torrance, CA 90503
There was no answer at the door and it was dark inside. There was a Uhaul truck in the driveway.

3) Unsuccessful Attempt by: Gabriela Melendez (5644, Los Angeles) on: Jun 18, 2022, 12:15 pm PDT at 20425 Madison Street, Torrance, CA 90503
There was no answer at the door and the same Uhaul was in the driveway.

4) Unsuccessful Attempt by: Gabriela Melendez (5644, Los Angeles) on: Jun 19, 2022, 9:40 am PDT at 20425 Madison Street, Torrance, CA 90503
Per Jane Doe (Black Female, 60s, 5'7", 165 Pounds, Gray Hair) stated the subject is not in and shut the door.

5) Unsuccessful Attempt by: Gabriela Melendez (5644, Los Angeles) on: Jun 20, 2022, 7:10 pm PDT at 20425 Madison Street, Torrance, CA 90503
There was no answer at the door and the lights were on inside.

6) Unsuccessful Attempt by: Gabriela Melendez (5644, Los Angeles) on: Jun 21, 2022, 11:41 am PDT at 20425 Madison Street, Torrance, CA 90503
There was no answer at the door and it was quiet inside. It appears that they are moving. The furniture is all gone only a few boxes in the living area. There was also a Nissan Frontier in the driveway.



| Attorney or Party without Attorney:<br>Matthew T. Sinnott, Esq. (SBN 229468)<br>Martenson, Hasbrouck & Simon LLP<br>5800 Armada Drive, Suite 101   Carlsbad, CA 92008<br>   Telephone No:   760-683-8499<br>   Attorney For:   Plaintiff | Ref. No. or File No.:<br>166.03428 | For Court Use Only |
|---|---|---|
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA | | |
| Plaintiff:   UNIVERSAL BUILDING MAINTENANCE, LLC dba ALLIED UNIVERSAL JANITORIAL SERVICES<br>Defendant:   JOSEPH CALCOTE | | |
| **AFFIDAVIT OF DUE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>8:22-cv-01125-KES |

7) Unsuccessful Attempt by: Gabriela Melendez (5644, Los Angeles) on: Jun 22, 2022, 7:40 pm PDT at 20425 Madison Street, Torrance, CA 90503

The home is dark inside. There were no cars in the driveway. The livingroom blinds were closed.

8) Unsuccessful Attempt by: Gabriela Melendez (5644, Los Angeles) on: Jun 28, 2022, 6:10 pm PDT at 20425 Madison Street, Torrance, CA 90503

I spoke to an older black lady who said he did not live there. There was a Uhaul truck in the driveway. The garage door was open.

Recoverable cost Per CCP 1033.5(a)(4)(B)

3. **Person who served papers**
   a. Name:   Gabriela Melendez
   b. Address:   c/o FIRST LEGAL
      1517 W. Beverly Blvd.
      LOS ANGELES, CA 90026
   c. Telephone number:   (213) 250-1111
   d. **The fee** for service was:   $806.96
   e. I am:
      (1) [ ] not a registered California process server.
      (2) [ ] exempt from registration under Business and Professions Code section 22350(b).
      (3) [X] a registered California process server:
         (i)   [ ] owner   [ ] employee   [X] independent contractor
         (ii)  Registration No:   5644
         (iii) County:   Los Angeles

4. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States of America that the foregoing is true and correct.*

06/29/2022
(Date)                                         (Signature)



**AFFIDAVIT OF**
**DUE DILIGENCE**

7238890
(15043123)
Page 2 of 2

Ex. A, Page 8

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 8:22-CV-01125-KES

CASE NAME: UNIVERSAL BUILDING MAINTENANCE, LLC DBA ALLIED UNIVERSAL JANITORIAL SERVICES V. JOSEPH CALCOTE

ADDITIONAL DOCUMENTS SERVED:

- **CIVIL COVER SHEET**
- **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**
- **NOTICE TO COUNSEL**
- **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
- **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**
- **DECLARATION OF MARK OLIVAS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**
- **MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**
- **DECLARATION OF ANDREW KING IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**
- **DECLARATION OF MATTHEW T. SINNOTT IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**
- **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**