**EXHIBIT B**



Mr Calcote, my name is Matt Crawford and I am an attorney for Allied Universal Janitorial Services. It is imperative that I speak with you immediately. Please call me at 404 626 9606. We have instituted legal proceedings against you and I want to make sure you have an opportunity to respond before the court takes action.

Read Yesterday



Ex. B, Page 11