**EXHIBIT C**

## Jenna Campos

| | |
|---|---|
| **From:** | Jenna Campos |
| **Sent:** | Friday, June 17, 2022 3:03 PM |
| **To:** | 4ucoty@gmail.com |
| **Cc:** | Matthew T. Sinnott; David L. Lewis |
| **Subject:** | Allied Universal Janitorial Services v. Joseph Calcote - United States District Court Case No. 8:22-cv-01125-KES |
| **Attachments:** | 2022.06.10 [DOC 7] Proposed TRO and OSC {4893-2776-8613.1}.pdf; 2022.06.10 [DOC 7-1] Memo of Law ISO TRO {4856-2000-3877.1}.pdf; 2022.06.10 [DOC 7-2] Decl of Mark Olivas ISO TRO {4864-5886-4677.1}.pdf; 2022.06.10 [DOC 7-3] Decl of Andrew King ISO TRO {4874-4872-0421.1}.pdf; 2022.06.10 [DOC 7-7] Decl of MTS ISO TRO {4884-3857-6165.1}.pdf |

Mr. Calcote,

Attached in this second email are the Temporary Restraining Order application and supporting documents filed in the District Court of California for the Central District referenced in my prior email to you.

These documents require your immediate attention. If you have legal counsel, please forward these emails and the attached pleadings to your attorney without delay.

Contact information for Matt Sinnott, the attorney with whom your attorney should discuss this matter, is included below. If you do not have counsel, please contact Mr. Sinnott directly.

**Matthew T. Sinnott** | Attorney
**Martenson, Hasbrouck & Simon LLP**
5800 Armada Drive
Suite 101
Carlsbad, CA 92008
T: (760) 683.8493 | F: (442) 244-0821
msinnott@martensonlaw.com

Thank you,

**Jenna Campos** | Paralegal
**Martenson, Hasbrouck & Simon LLP**
5800 Armada Drive
Suite 101
Carlsbad, CA 92008
T: (760) 683.8499 | F: (442) 244-0821
jcampos@martensonlaw.com | martensonlaw.com

MARTENSON HASBROUCK & SIMON LLP

# Jenna Campos

| | |
|---|---|
| **From:** | Jenna Campos |
| **Sent:** | Friday, June 17, 2022 2:56 PM |
| **To:** | 4ucoty@gmail.com |
| **Cc:** | Matthew T. Sinnott; David L. Lewis |
| **Subject:** | Allied Universal Janitorial Services v. Joseph Calcote - United States District Court Case No. 8:22-cv-01125-KES |
| **Attachments:** | 2022.06.09 [DOC 6] Summons - issued by Clerk {4866-0439-4276.1}.pdf; 2022.06.07 [DOC 1] Complaint with exh. {4874-7680-9508.1}.pdf; 2022.6.08 [DOC 5-1] Statement of Consent to Proceed {4858-9975-1204.1}.pdf; 2022.06.09 [DOC 5] Notice to Counsel {4893-8934-6596.1}.pdf; 2022.06.07 [DOC 4] Certification and Notice of Interested Parties {4886-5114-9092.1}.pdf; 2022.06.07 [DOC 3] Civil Cover Sheet {4868-5598-6980.1}.pdf |

Mr. Calcote,

Attached to this email, and in subsequent email(s) that immediately follow, are legal documents recently filed in the District Court of California for the Central District on behalf of Allied Universal Janitorial Services. Specifically, you are being sent both a Complaint and Temporary Restraining Order application filed against you personally. These documents require your immediate attention. If you have legal counsel, please forward these emails and the attached pleadings to your attorney without delay.

Contact information for Matt Sinnott, the attorney with whom your attorney should discuss this matter, is included below. If you do not have counsel, please contact Mr. Sinnott directly.

**Matthew T. Sinnott** | Attorney
**Martenson, Hasbrouck & Simon LLP**
5800 Armada Drive
Suite 101
Carlsbad, CA 92008
T: (760) 683.8493 | F: (442) 244-0821
msinnott@martensonlaw.com

Thank you,

**Jenna Campos** | Paralegal
**Martenson, Hasbrouck & Simon LLP**
5800 Armada Drive
Suite 101
Carlsbad, CA 92008
T: (760) 683-8499 | F: (442) 244-0821
jcampos@martensonlaw.com | martensonlaw.com