# IN THE UNITED STATES DISTRICT COURT

For the ___CENTRAL___ District of California

| | |
|---|---|
| UNIVERSAL BUILDING MAINTENANCE, LLC dba ALLIED UNIVERSAL JANITORIAL SERVICES,<br><br>            Plaintiff<br><br>v.<br><br>JOSEPH CALCOTE,<br><br>            Defendant | Case No. _8:22-cv-01125-JVS-DFMx_<br><br>Undertaking _Preliminary Injunction_<br>                    _FRCP 65_ |

WHEREAS, the above named ___Plaintiff___ desires to give an undertaking for ___Preliminary Injunction___ as provided by ___FRCP 65___

NOW, THEREFORE, the undersigned surety, does hereby obligate itself, jointly and severally to ___Defendant___ under said statutory obligations in the sum of

_Five Thousand and no/100-----------------------------------------------------------------------------------------_ Dollars

($ 5,000.00---------- ).

It is further agreed by the Surety that in case of default or contumacy on the part of the Principal or Surety, the court may, upon notice to them, of not less than ten days, proceed summarily and render judgment against them, or either of them, in accordance with their obligation and award execution thereon.

IN TESTIMONY WHEREOF, the said Surety has caused its corporate name and seal to be hereunto affixed by its duly authorized officer.

Signed, sealed and dated this _19th_ day of _July, 2022_.

Bond No. _CMS0285381_
The premium charged for this bond
is _$100.00_ Dollars per annum

RLI Insurance Company

By _[signature]_
Erik Johansson                    Attorney-in-Fact
Surety Phone No. 714-505-7011

[RLI Insurance Company Corporate Seal - Illinois]

The undersigned declares under penalty or perjury under the Laws of the State of California that he/she is an attorney in fact for said surety and that an unrevoked power of attorney is on file in the Office of the Clerk of the above Court or attached hereto.

This bond has been examined and recommended for approval as provided in Rule _65_ and the within bond (is) (is not) required by law to be approved by a judge.

Dated this _20th_ day of _July 2022_.

_[signature]_

Attorney

I hereby approve the foregoing bond.
Dated this _____ day of _____.

Judge-Clerk

CALIFORNIA ALL-PURPOSE ACKNOWLEDGEMENT

A Notary Public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California  }
County of Orange

On _____JUL 1 9 2022_____, before me, ___Albert Melendez___, Notary Public,

personally appeared _____Erik Johansson_____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of State of California that the foregoing paragraph is true and correct.

ALBERT MELENDEZ
Notary Public - California
Orange County
Commission # 2391461
My Comm. Expires Jan 23, 2026

WITNESS my hand and official seal.

SIGNATURE _____

PLACE NOTARY SEAL ABOVE

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of attached document**

Title or type of document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other than Named Above: _____

# POWER OF ATTORNEY

**RLI Insurance Company**
**Contractors Bonding and Insurance Company**
9025 N. Lindbergh Dr. Peoria, IL 61615
Phone: 800-645-2402

*Know All Men by These Presents:*

That this Power of Attorney is not valid or in effect unless attached to the bond which it authorizes executed, but may be detached by the approving officer if desired.

That **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, each an Illinois corporation, (separately and together, the "Company") do hereby make, constitute and appoint:

Erik Johansson, Scott M. Milne, Melissa Lopez, Frances Lefler, Jennifer Anaya, James W. Johnson, Christina Johnson, Christina Rogers, jointly or severally

in the City of _____ Tustin _____, State of _____ California _____ its true and lawful Agent(s) and Attorney(s) in Fact, with full power and authority hereby conferred, to sign, execute, acknowledge and deliver for and on its behalf as Surety, in general, any and all bonds and undertakings in an amount not to exceed _____ **Twenty Five Million** _____ Dollars ( __$25,000,000.00__ ) for any single obligation.

The acknowledgment and execution of such bond by the said Attorney in Fact shall be as binding upon the Company as if such bond had been executed and acknowledged by the regularly elected officers of the Company.

**RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, as applicable, have each further certified that the following is a true and exact copy of a Resolution adopted by the Board of Directors of each such corporation, and is now in force, to-wit:

> "All bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation shall be executed in the corporate name of the Company by the President, Secretary, any Assistant Secretary, Treasurer, or any Vice President, or by such other officers as the Board of Directors may authorize. The President, any Vice President, Secretary, any Assistant Secretary, or the Treasurer may appoint Attorneys in Fact or Agents who shall have authority to issue bonds, policies or undertakings in the name of the Company. The corporate seal is not necessary for the validity of any bonds, policies, undertakings, Powers of Attorney or other obligations of the corporation. The signature of any such officer and the corporate seal may be printed by facsimile."

IN WITNESS WHEREOF, the **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, as applicable, have caused these presents to be executed by its respective _____ Vice President _____ with its corporate seal affixed this __15th__ day of __January__, _2021_.

RLI Insurance Company
Contractors Bonding and Insurance Company

By: _____
Barton W. Davis          Vice President

State of Illinois  } SS
County of Peoria  }

On this __15th__ day of __January__, __2021__, before me, a Notary Public, personally appeared __Barton W. Davis__, who being by me duly sworn, acknowledged that he signed the above Power of Attorney as the aforesaid officer of the **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company** and acknowledged said instrument to be the voluntary act and deed of said corporation.

By: _____
Catherine D. Glover      Notary Public

CATHERINE D. GLOVER
OFFICIAL SEAL
Notary Public - State of Illinois
My Commission Expires
March 24, 2024

## CERTIFICATE

I, the undersigned officer of **RLI Insurance Company** and/or **Contractors Bonding and Insurance Company**, do hereby certify that the attached Power of Attorney is in full force and effect and is irrevocable; and furthermore, that the Resolution of the Company as set forth in the Power of Attorney, is now in force. In testimony whereof, I have hereunto set my hand and the seal of the RLI Insurance Company and/or Contractors Bonding and Insurance Company this __19th__ day of __July__, __2022__.

RLI Insurance Company
Contractors Bonding and Insurance Company

By: _____
Jeffrey D. Fick          Corporate Secretary

0486276020212

A0058D19