| Attorney or Party without Attorney: <br> Matthew T. Sinnott, Esq. (SBN 229468) <br> Martenson, Hasbrouck & Simon LLP <br> 5800 Armada Drive, Suite 101 <br> Carlsbad, CA 92008 <br> Telephone No: 760-683-8499 <br> Attorney For: Plaintiff | Ref. No. or File No.: <br> 166.03428 | For Court Use Only |
|---|---|---|

| Insert name of Court, and Judicial District and Branch Court: <br> UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA |
|---|

| Plaintiff: UNIVERSAL BUILDING MAINTENANCE, LLC dba ALLIED UNIVERSAL JANITORIAL SERVICES <br> Defendant: JOSEPH CALCOTE |
|---|

| PROOF OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 8:22-cv-01125-JVS-DFMx |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Complaint For Damages And Injunctive Relief; See Attached List of Additional Documents Served

3. a. Party served:       JOSEPH CALCOTE
   b. Person served:     Party in item 3.a.

4. Address where the party was served:    28611 Bloom Ln. , Santa Clarita, CA 91350

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu, Jul 14 2022 (2) at: 07:20 PM

6. **Person Who Served Papers:**
   a. Carole Alegre-Thiry (2013119427)                              d. The Fee for Service was:
   b. FIRST LEGAL INVESTIGATIONS
      2070 N. TUSTIN AVENUE, 2ND FLOOR
      SANTA ANA, CA 92705
   c. (714) 550-1375

7. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

                                                    07/15/2022                      _____
                                                       (Date)                              (Signature)



PROOF OF SERVICE                                                         7358166
                                                                         (113836)

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA

CASE NO.: 8:22-CV-01125-KES

CASE NAME: UNIVERSAL BUILDING MAINTENANCE, LLC DBA ALLIED UNIVERSAL JANITORIAL SERVICES V. JOSEPH CALCOTE

ADDITIONAL DOCUMENTS SERVED:

- **CIVIL COVER SHEET**
- **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1)**
- **NOTICE TO COUNSEL**
- **STATEMENT OF CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
- **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**
- **DECLARATION OF MARK OLIVAS IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**
- **MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER OR, IN THE ALTERNATIVE, PRELIMINARY INJUNCTION**
- **DECLARATION OF ANDREW KING IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**
- **DECLARATION OF MATTHEW T. SINNOTT IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER**
- **[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**
- **INITIAL ORDER FOLLOWING FILING OF COMPLAINT ASSIGNED TO JUDGE SELNA**
- **TEMPORARY RESTRAINING ORDER AND ORDER OT SHOW CAUSE WHY A PRELIMNARY INJUNCTION SHOULD NOT ISSUE**