MATTHEW T. SINNOTT (SBN 229468)
msinnott@martensonlaw.com
DAVID L. LEWIS (SBN 284537)
dlewis@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
5800 Armada Drive, Suite 101
Carlsbad, California 92008
Telephone:  (760) 683-8499
Facsimile:   (404) 909-8120

Attorneys for Plaintiff
Universal Building Maintenance LLC d/b/a Allied Universal Janitorial Services

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL BUILDING MAINTENANCE LLC D/B/A ALLIED UNIVERSAL JANITORIAL SERVICES<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CALCOTE,<br><br>Defendant. | CASE NO.: 8:22-cv-01125-JVS-DFMx<br><br>**DECLARATION OF MATTHEW T. SINNOTT IN SUPPORT OF PLAINTIFF UNIVERSAL BUILDING MAINTENANCE LLC'S MOTION FOR DEFAULT JUDGMENT**<br><br>DATE:   October 24, 2022<br>TIME:   1:30 p.m.<br>JUDGE: Honorable James V. Selna<br>CTRM:  10C |

I, Matthew T. Sinnott, declare and state as follows:

1. I am an attorney duly licensed to practice before all of the courts in the State of California and admitted to the United States District Court for the Central District of California. I am an attorney with the law firm Martenson, Hasbrouck & Simon LLP, counsel of record for Plaintiff Universal Building Maintenance, LLC dba Allied Universal Janitorial Services ("Allied Universal").

2. On June 7, 2022, Allied Universal filed its Complaint against Defendant Joseph Calcote ("Calcote" or "Defendant") seeking damages and injunctive relief regarding Defendant's theft of trade secrets and confidential information in violation of federal and state law and written contract at the time of his voluntary resignation from Allied Universal. (ECF No. 1, Complaint.)

3. On June 8, 2022, the Court issued a Summons to Defendant. (ECF No. 6.)

4. On June 10, 2022, Allied Universal filed its Application for Temporary Restraining Order as to Misappropriation of Trade Secrets. On July 5, 2022, the Court issued a Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Be Issued and included a briefing schedule for Defendant's Opposition. (ECF Nos. 7, 12.)

5. Allied Universal served Defendant with the Court's Order, but Defendant did not file nor serve any opposition. (ECF No. 13, Notice of Non-Opposition.) On July 20, 2022, the Court granted Allied Universal's request for a Preliminary Injunction against Defendant, and Plaintiff posted its $5,000.00 bond in support of the same. (ECF Nos. 15, 17.) Allied Universal electronically served Defendant with the Court's Order on July 20, 2022.

6. On August 9, 2022, Allied Universal filed and served its Request for Clerk to Enter Default, wherein Allied Universal confirmed Defendant is not a minor or an incompetent person, and not currently in any military service. (ECF

///

No. 19, Request.) On August 11, 2022, default was entered against Defendant. (ECF No. 20.)

    7.    Throughout this litigation, Allied Universal took numerous steps to attempt to communicate with Defendant, including phone messages, emails, mail delivery, and text messages, and Defendant has ignored each attempt. (ECF 11, Declaration of Matthew T. Sinnott, dated June 29, 2022, ¶¶ 4-11.) As of the time of filing this Motion, Defendant has not appeared in this lawsuit or otherwise responded to any communications by Allied Universal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration is executed on September 23, 2022, at Carlsbad, California.

/s/Matthew T. Sinnott_____
Matthew T. Sinnott

DECLARATION OF MATTHEW T. SINNOTT IN SUPPORT OF PLAINTIFF UNIVERSAL BUILDING MAINTENANCE LLC'S MOTION FOR DEFAULT JUDGMENT