MATTHEW T. SINNOTT (SBN 229468)
msinnott@martensonlaw.com
DAVID L. LEWIS (SBN 284537)
dlewis@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
5800 Armada Drive, Suite 101
Carlsbad, California 92008
Telephone:  (760) 683-8499
Facsimile:   (404) 909-8120

Attorneys for Plaintiff
Universal Building Maintenance LLC d/b/a Allied Universal Janitorial Services

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL BUILDING MAINTENANCE LLC D/B/A ALLIED UNIVERSAL JANITORIAL SERVICES<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CALCOTE,<br><br>Defendant. | CASE NO.: 8:22-cv-01125-JVS-DFMx<br><br>**PLAINTIFF UNIVERSAL BUILDING MAINTENANCE LLC'S REPLY BRIEF AND NOTICE OF NON-OPPOSITION TO MOTION FOR DEFAULT JUDGMENT**<br><br>DATE:   October 24, 2022<br>TIME:   1:30 p.m.<br>JUDGE: Honorable James V. Selna<br>CTRM:  10C |

# MEMORANDUM OF POINTS AND AUTHORITIES

Plaintiff Universal Building Maintenance LLC dba Allied Universal Janitorial Services ("Plaintiff" or "Allied Universal") respectfully submits this Reply Brief and Notice of Non-Opposition to Plaintiff's Motion for Default Judgment against Defendant Joseph Calcote ("Defendant" or "Calcote").

## I. CALCOTE DID NOT FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT.

On September 23, 2022, Plaintiff filed its Motion for Default Judgment, seeking a permanent injunction, monetary damages, and attorneys' fees and costs. (ECF 22, Plaintiff's Motion for Default Judgment ("Motion").) Plaintiff served Defendant with its Motion on the same day as filing. (ECF 22, Motion, p. 28.) The hearing date for Plaintiff's Motion is presently scheduled for October 24, 2022, at 1:30 p.m., in Courtroom 10C of the above-entitled Court.

Pursuant to the Local Rules for the United States District Court, Central District of California, Local Rule ("L.R.") 7-9, at least twenty-one (21) days before the date designated for the hearing of the motion, non-moving parties are required to file either (1) a written opposition to the motion with the Clerk or (2) "a written statement that that party will not oppose the motion." Accordingly, any opposition or statement of non-opposition to Plaintiff's Motion had to be filed and served no later than October 3, 2022.

As of the date of this filing, Plaintiff has not received any opposition or statement of non-opposition to its Motion from Defendant in this action and the Court's docket does not reflect that any opposition was filed. Thus, Plaintiff respectfully requests that, pursuant to L.R. 7-12, this Court deem Defendant's failure to file an opposition to Plaintiff's Motion as "consent to the granting…of the motion…," refuse to consider any belated opposition, if one is filed, and grant Plaintiff's unopposed Motion in this action.

## II. CONCLUSION.

Plaintiff respectfully requests that this Court grant Plaintiff's unopposed Motion in this action, and award to Plaintiff (1) a permanent injunction against Defendant; (2) monetary damages in amount totaling $3.9 million; and (3) reasonable attorneys' fees and costs for $83,600.00, as detailed in Plaintiff's Motion and accompanying declarations.

DATE: October 10, 2022              MARTENSON, HASBROUCK & SIMON, LLP

By:   */s/ Matthew T. Sinnott*
      Matthew T. Sinnott
      David L. Lewis
      Attorney for Plaintiff
      UNIVERSAL BUILDING MAINTENANCE, LLC dba ALLIED UNIVERSAL JANITORIAL SERVICES

# CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing PLAINTIFF UNIVERSAL BUILDING MAINTENANCE LLC'S REPLY BRIEF AND NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT has been served upon the opposing party in this matter via U.S. mail to:

Joseph Calcote
28611 Bloom Lane
Santa Clarita, CA 91350

Dated: October 10, 2022

*/s/ Matthew T. Sinnott*
Matthew T. Sinnott, Esq.