MATTHEW T. SINNOTT (SBN 229468)
msinnott@martensonlaw.com
DAVID L. LEWIS (SBN 284537)
dlewis@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
5800 Armada Drive, Suite 101
Carlsbad, California 92008
Telephone: (760) 683-8499
Facsimile: (404) 909-8120

Attorneys for Plaintiff
Universal Building Maintenance LLC d/b/a Allied Universal Janitorial Services

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL BUILDING MAINTENANCE LLC D/B/A ALLIED UNIVERSAL JANITORIAL SERVICES<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CALCOTE,<br><br>Defendant. | CASE NO.: 8:22-cv-01125-JVS-DFMx<br><br>**DECLARATION OF MATTHEW T. SINNOTT IN SUPPORT OF REQUEST FOR HEARING ON PLAINTIFF UNIVERSAL BUILDING MAINTENANCE LLC'S MOTION FOR DEFAULT JUDGMENT**<br><br>DATE: October 24, 2022 (vacated)<br>TIME: 1:30 p.m. (vacated)<br>JUDGE: Honorable James V. Selna<br>CTRM: 10C |

8:22-cv-01125-JVS-DFMx

DECLARATION OF MATTHEW T. SINNOTT IN SUPPORT OF REQUEST FOR HEARING ON PLAINTIFF UNIVERSAL BUILDING MAINTENANCE LLC'S MOTION FOR DEFAULT JUDGMENT

I, Matthew T. Sinnott, declare and state as follows:

1. I am an attorney duly licensed to practice before all of the courts in the State of California and admitted to the United States District Court for the Central District of California. I am an attorney with the law firm Martenson, Hasbrouck & Simon LLP, counsel of record for Plaintiff Universal Building Maintenance, LLC dba Allied Universal Janitorial Services ("Plaintiff" or "Allied Universal").

2. Plaintiff, through its counsel Martenson Hasbrouck & Simon, LLP (MHS) has spent a significant, but reasonable amount of time investigating and prosecuting this matter.

3. Specifically, counsel for Plaintiff has expended hours cataloguing and reviewing the stolen materials, interviewing witnesses and investigating the potential claims, preparing correspondence to Defendant and his employer, preparing the complaint and exhibits, preparing all documents in support of the motion for temporary injunction, preliminary injunction, and preparing all portion of the motion default judgment and reply thereto.

4. That work has been performed by MHS attorneys, Matthew T. Sinnott (MTS), a 19-year attorney, Matthew D. Crawford (MDC), also a 19-year attorney, David L. Lewis (DLL), a 10-year attorney, and Julie Hunter-Anderson (JHA), a four-year attorney.

5. The hours billed and rates charged by Plaintiff's attorneys were both reasonable and necessary in prosecuting Plaintiff's claims. As set forth in the billing records included herewith as **Exhibit A**, through October 24, 2022, Mr. Sinnott has billed 81.8 hours at a rate of $450/hr., for a subtotal of $36,810.00; Mr. Crawford has billed 38.6 hours at a rate of $450/hr., for a subtotal of $17,370.00; Mr. Lewis has billed 28.8 hours at a rate of $400/hr., for a subtotal of $11,520.00; and Ms. Hunter-Anderson has billed 66.5 hours at a rate of $325/hr., for a subtotal

///

DECLARATION OF MATTHEW T. SINNOTT IN SUPPORT OF REQUEST FOR HEARING ON PLAINTIFF UNIVERSAL BUILDING MAINTENANCE LLC'S MOTION FOR DEFAULT JUDGMENT

1  of $21,612.50. Together, the total attorney billings through October 24, 2022, are
2  $87,312.50.
3      5.    Plaintiff has also incurred $3,109.84 in costs. These costs include
4  $424 in court fees, $292.28 in delivery and messenger services, and $2,393.57 in
5  investigation/surveillance/service costs. I personally reviewed and approved the
6  invoicing provided for these costs and each were reasonable and necessary in order
7  to effectuate service on Defendant, who had repeatedly taken steps to avoid
8  personal service of the Complaint.p
9      I declare under penalty of perjury under the laws of the State of California
10 that the foregoing is true and correct, and that this declaration is executed on
11 October 25, 2022, at Carlsbad, California.

                                                          /s/Matthew T. Sinnott_____
                                                          Matthew T. Sinnott

**EXHIBIT A**

Universal Building Maintenance, LLC v. Calcote - Attorneys' Fees Summary Chart
Martenson, Hasbrouck & Simon LLP

|  |  | HOURS |  | Billing TOTALS |  |
|---|---|---|---|---|---|
| Subtotal for Timekeeper MTS |  | Billable | 81.8 | 36,810.00 | Matthew T. Sinnott |
| Subtotal for Timekeeper MDC |  | Billable | 38.6 | 17,370.00 | Matt D. Crawford |
| Subtotal for Timekeeper DLL |  | Billable | 28.8 | 11,520.00 | David L. Lewis |
| Subtotal for Timekeeper JHA |  | Billable | 66.5 | 21,612.50 | Julie Hunter-Anderson |
|  |  |  | 215.7 | 87,312.50 | TOTAL |

| Client | Trans Date | Tkpr | Rate | Hours to Bill | Amount |  |
|---|---|---|---|---|---|---|
| Subtotal for Timekeeper INT |  |  |  |  |  |  |
|  | 166.03428 05/25/2022 | MTS | 450.00 | 0.6 | 270.00 | Begin preparation of cease and desist letter to Joe Calcote regarding retention and use of trade secrets. |
|  | 166.03428 05/25/2022 | MTS | 450.00 | 0.6 | 270.00 | Prepare for and participate in conference call with client team regarding response to Joe Calcote's emailing of trade secret information and next steps. |
|  | 166.03428 05/26/2022 | MTS | 450.00 | 0.3 | 135.00 | Brief telephone discussion with Matthew D. Crawford and review and analysis correspondence to Joe Calcote and draft correspondence to Joncowest. |
|  | 166.03428 05/26/2022 | MTS | 450.00 | 0.6 | 270.00 | Prepare for and participate in conference call with client team regarding response to Joe Calcote's emailing of trade secret information and next steps. |
|  | 166.03428 05/26/2022 | MTS | 450.00 | 0.7 | 315.00 | Begin review and analysis of multiple correspondence from client team regarding Joe Calcote and documents taken at separation of employment. |
|  | 166.03428 05/27/2022 | MTS | 450.00 | 0.3 | 135.00 | Coordinate and plan strategy for complaint against Joe Calcote and letter to Joncowest. |
|  | 166.03428 05/31/2022 | MTS | 450.00 | 0.3 | 135.00 | Coordinate complaint with handling attorneys in preparation to revise and file in federal court. |
|  | 166.03428 06/01/2022 | MTS | 450.00 | 0.5 | 225.00 | Coordinate with Atlanta team regarding claims, venue, and strategy for complaint. |
|  | 166.03428 06/03/2022 | MTS | 450.00 | 2.7 | 1,215.00 | Coordinate with Julie Hunter-Anderson in multiple discussions and telephone calls; supplement and revise complaint adding new causes of action, review and analysis of additional documents and discuss same with Julie Hunter-Anderson; working with Matthew D. Crawford. |
|  | 166.03428 06/06/2022 | MTS | 450.00 | 1.1 | 495.00 | Review and analysis of draft complaint; coordinate with Julie Hunter-Anderson in multiple correspondence, and participate in call with Matthew D. Crawford; telephone discussion with Devin Samaha regarding declaration; review file materials for corporate organization for notice of interested parties. |
|  | 166.03428 06/07/2022 | MTS | 450.00 | 3.2 | 1,440.00 | Supplement, revise, and finalize complaint, summon, notice of interested parties, corporate disclosures, and coordinate with counsel regarding same in multiple correspondence. |
|  | 166.03428 06/08/2022 | MTS | 450.00 | 3.8 | 1,710.00 | Continue to prepare application for temporary restraining order and declarations in support of same; exchange correspondence with client team; exchange multiple correspondence with litigation team. |
|  | 166.03428 06/09/2022 | MTS | 450.00 | 2.8 | 1,260.00 | Supplement, revise and coordinate declarations of Mark Olivas and Andrew King with draft Temporary Restraining Order and exchange multiple correspondence with declarants and MDC regarding revisions to declarations. |
|  | 166.03428 06/10/2022 | MTS | 450.00 | 3.9 | 1,755.00 | Supplement and revise Temporary Restraining Order application, coordinate memorandum with executed declarations; prepare declaration of Matthew T. Sinnott; supplement and revise order on Temporary Restraining Order application. |
|  | 166.03428 06/10/2022 | MTS | 450.00 | 1.5 | 675.00 | Continue preparation exhibits for submission with Temporary Restraining Order application; finalize and coordinate Temporary Restraining Order application and order thereon with David L. Lewis. |
|  | 166.03428 06/13/2022 | MTS | 450.00 | 0.6 | 270.00 | Review and analysis of court order and transfer to Judge Selna and plan strategy for call with court and coordinate service with litigation team. |
|  | 166.03428 06/15/2022 | MTS | 450.00 | 0.6 | 270.00 | Analysis of Court's standing order on rulings on Temporary Restraining Order and discuss status of service of complaint and Temporary Restraining Order with David L. Lewis and Jenna Campos; prepare status update to Matthew D. Crawford for discussion with client. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 166.03428 | 06/15/2022 | MTS | 450.00 | 0.1 | 45.00 | Review and anlaysis of court order on Rule 26f conference. |
| 166.03428 | 06/15/2022 | MTS | 450.00 | 0.6 | 270.00 | Participate in telephone conference with Matthew D. Crawford; perform comprehensive PeopleSearch review of Joe Calcote and analyze report; coordinate locations with litigation team. |
| 166.03428 | 06/15/2022 | MTS | 450.00 | 0.4 | 180.00 | Prepare status update to client team and review and anlasys of responses to same. |
| 166.03428 | 06/16/2022 | MTS | 450.00 | 1.9 | 855.00 | Coordinate service with litigation team and process servers; prepare status update and exchange correspondence with client, plan strategy with counsel, review and anlaysis peoplemap background search data, multiple telephone calls to Joncowest regarding service and status of claim. |
| 166.03428 | 06/17/2022 | MTS | 450.00 | 0.8 | 360.00 | Multiple telephone calls and emails to Joncowest; coordinate next steps with David L. Lewis and Matthew D. Crawford. |
| 166.03428 | 06/17/2022 | MTS | 450.00 | 0.3 | 135.00 | Review and analysis of multiple correspondence regarding status of service updates and coordinate service attempts going forward. |
| 166.03428 | 06/20/2022 | MTS | 450.00 | 0.4 | 180.00 | Review and analysis of service of process attempt notes and coordinate further attempts with litigation team. |
| 166.03428 | 06/21/2022 | MTS | 450.00 | 1.4 | 630.00 | Exchange multiple correspondence with process servers regarding status; coordinate service and filing strategy with counsel; telephone call to court clerk; exchange multiple correspondence with client team regarding service strategy. |
| 166.03428 | 06/22/2022 | MTS | 450.00 | 1.1 | 495.00 | Exchange several correspondence with client team regarding status of service and strategy for on-site service at City of Inglewood. |
| 166.03428 | 06/23/2022 | MTS | 450.00 | 0.7 | 315.00 | Exchange multiple correspondence with client team; coordinate further service strategy with litigation team. |
| 166.03428 | 06/28/2022 | MTS | 450.00 | 0.8 | 360.00 | Review and analysis of update on service; coordinate with Matthew D. Crawford; coordinate next steps with Jenna Campos; review of update from process server; begin preparation of declaration. |
| 166.03428 | 06/29/2022 | MTS | 450.00 | 1.8 | 810.00 | Prepare supplemental declaration regarding service; coordinate with Matthew D. Crawford; supplement and revise declaration; prepare exhibits and finalize same for filing. |
| 166.03428 | 06/30/2022 | MTS | 450.00 | 0.5 | 225.00 | Multiple phone calls to court clerk and coordinate next steps with Matthew D. Crawford. |
| 166.03428 | 07/01/2022 | MTS | 450.00 | 1 | 450.00 | Exchange multiple correspondence with Court regarding service attempts and pending TRO application; prepare status update; exchange multiple correspondence with client team. |
| 166.03428 | 07/05/2022 | MTS | 450.00 | 1.1 | 495.00 | Coordinate service with litigation team; exchange correspondence with court clerk regarding order on Temporary Restraining Order; review service updates; prepare status update to client team; exchange multiple correspondence with client team. |
| 166.03428 | 07/06/2022 | MTS | 450.00 | 1.4 | 630.00 | Analysis of TRO and order on same from Court regarding Preliminary Injunication; prepare comprehensive correspondence to Joncowest and and Calcote; coordinate addresses for overnight mail; prepare status update to client team; exchange correspondence with client team |
| 166.03428 | 07/08/2022 | MTS | 450.00 | 0.4 | 180.00 | Exchange correspondence with client team regarding status of TRO and service of process; coordinate with litigation team. |
| 166.03428 | 07/11/2022 | MTS | 450.00 | 0.4 | 180.00 | Coordinate with litigation team regarding status of service and next steps; reveiw service attempt reports; coordinate with David L. Lewis regarding non-opposition. |
| 166.03428 | 07/12/2022 | MTS | 450.00 | 0.2 | 90.00 | Review and analysis of update regarding M. Calcote signing for the FedEx letter and signed TRO today. |
| 166.03428 | 07/13/2022 | MTS | 450.00 | 0.5 | 225.00 | Prepare strategy and reply brief with David L. Lewis in preparation for hearing on preliminary injunction. |
| 166.03428 | 07/14/2022 | MTS | 450.00 | 0.9 | 405.00 | Supplement and revise, and finalize reply brief in preparation to submit same in support of preliminary injunction. |
| 166.03428 | 07/15/2022 | MTS | 450.00 | 0.8 | 360.00 | Prepare for hearing on Preliminary Injunction; prepare status update; coordinate with David L. Lewis regarding client request. |
| 166.03428 | 07/18/2022 | MTS | 450.00 | 0.9 | 405.00 | Prepare bullet points in preparation to send to Deborah Pecci and review and revised proposed order. |
| 166.03428 | 07/18/2022 | MTS | 450.00 | 1.2 | 540.00 | Participate in multiple discussion with DLL and emails with client; coordinate with David L. Lewis regarding positing bond; analysis of relevant local |

Ex. A, Page 5

| Matter | Date | Timekeeper | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| | | | | | | - rules regarding posting bond and requirements for |
| | | | | | | - same. |
| 166.03428 | 07/19/2022 | MTS | 450.00 | 1 | 450.00 | Participate in telephone call with Andrew King, |
| | | | | | - | coordinate with litigation team regarding file of |
| | | | | | - | bond, exchange multiple correspondence with client |
| | | | | | - | team regarding bond issuance. |
| 166.03428 | 07/20/2022 | MTS | 450.00 | 0.7 | 315.00 | Telephone call with David L. Lewis and Matthew |
| | | | | | - | D. Crawford , exchange multiple emails with |
| | | | | | - | client; coordinate service of PI order with |
| | | | | | - | paralegal. |
| 166.03428 | 07/20/2022 | MTS | 450.00 | 0.3 | 135.00 | Exchange additional correspondence with client |
| | | | | | - | team regarding bond issuance and status of same. |
| 166.03428 | 07/21/2022 | MTS | 450.00 | 1.2 | 540.00 | Review and analysis of local rules regarding timeline |
| | | | | | - | for discovery and anlaysis of service attempts in |
| | | | | | - | preparation for conference call; participate in |
| | | | | | - | conference call with team to outline next steps. |
| 166.03428 | 07/21/2022 | MTS | 450.00 | 0.2 | 90.00 | Follow up on service of complaint to start timeline |
| | | | | | - | for request for entry of default. |
| 166.03428 | 07/22/2022 | MTS | 450.00 | 0.5 | 225.00 | Coordinate and finalize filing in support of service |
| | | | | | - | and supplement and revise status update to client |
| | | | | | - | team. |
| 166.03428 | 08/02/2022 | MTS | 450.00 | 0.6 | 270.00 | Coordinate with team regarding next steps and |
| | | | | | - | exchange correspondence regarding same and |
| | | | | | - | coordinate with David L. Lewis. |
| 166.03428 | 08/04/2022 | MTS | 450.00 | 0.6 | 270.00 | Participate in strategy call regarding potential |
| | | | | | - | default and available damages and follow up with |
| | | | | | - | David L. Lewis regarding next steps. |
| 166.03428 | 08/04/2022 | MTS | 450.00 | 0.3 | 135.00 | Prepare status update and exchange multiple |
| | | | | | - | correspondence with client team regarding next |
| | | | | | - | steps. |
| 166.03428 | 08/08/2022 | MTS | 450.00 | 0.9 | 405.00 | Review and analysis of Rule 55 and local rules for |
| | | | | | - | Court regarding timing and requirements for |
| | | | | | - | Request for Entry of Default and begin to prepare |
| | | | | | - | filing for court. |
| 166.03428 | 08/09/2022 | MTS | 450.00 | 1.1 | 495.00 | Prepare request for entry of default pursuant to Rule |
| | | | | | - | 55(a), supplement and revise same, and coordinate |
| | | | | | - | finalization and filing of same with team. |
| 166.03428 | 08/09/2022 | MTS | 450.00 | 1 | 450.00 | Prepare declaration of Matthew T. Sinnott in support |
| | | | | | - | of entry of default in accordance with Local Rules, |
| | | | | | - | supplement, and finalize same for filing and service. |
| 166.03428 | 08/11/2022 | MTS | 450.00 | 0.1 | 45.00 | Review and analysis of order entered on request for |
| | | | | | - | entry of default. |
| 166.03428 | 08/24/2022 | MTS | 450.00 | 2.6 | 1,170.00 | Review and analysis of local rules on motion for |
| | | | | | - | default judgment; perform legal research on |
| | | | | | - | necessary showing, evidence, and standards in |
| | | | | | - | support of motion for default judgment. |
| 166.03428 | 08/24/2022 | MTS | 450.00 | 0.4 | 180.00 | Exchange multiple correspondence with client team |
| | | | | | - | regarding status of action and recommended next |
| | | | | | - | steps. |
| 166.03428 | 08/25/2022 | MTS | 450.00 | 0.4 | 180.00 | Exchange multiple correspondence with client team |
| | | | | | - | regarding next steps. |
| 166.03428 | 08/29/2022 | MTS | 450.00 | 3.9 | 1,755.00 | Prepare notice of motion, introduction, procedural |
| | | | | | - | history, and relevant factual background and initial |
| | | | | | - | legal arguments in motion for default judgment. |
| 166.03428 | 09/12/2022 | MTS | 450.00 | 0.8 | 360.00 | Review and analysis of Eitel factors and relevant law |
| | | | | | - | for use in argument section in motion for default |
| | | | | | - | judgment. |
| 166.03428 | 09/12/2022 | MTS | 450.00 | 3.8 | 1,710.00 | Preparation of motion for default judgment, |
| | | | | | - | including procedural history, statement of facts, and |
| | | | | | - | legal standard and legal analysis. |
| 166.03428 | 09/16/2022 | MTS | 450.00 | 1.3 | 585.00 | Continued preparation of default prove up package; |
| | | | | | - | coordinate with David L. Lewis regarding attorney |
| | | | | | - | threat letter. |
| 166.03428 | 09/17/2022 | MTS | 450.00 | 5.7 | 2,565.00 | Continue to prepare memorandum and evidence in |
| | | | | | - | support of motion for default judgment. |
| 166.03428 | 09/18/2022 | MTS | 450.00 | 4.8 | 2,160.00 | Continue to prepare motion and evidence in |
| | | | | | - | support of motion for default judgment. |
| 166.03428 | 09/20/2022 | MTS | 450.00 | 1.9 | 855.00 | Continue to prepare all sections of legal arguments |
| | | | | | - | in support of motion for default judgment. |
| 166.03428 | 09/23/2022 | MTS | 450.00 | 1.9 | 855.00 | Revise and finalize all portions of motion and |
| | | | | | - | supplement and revise declaration of Matthew |
| | | | | | - | Sinntt. |
| 166.03428 | 10/07/2022 | MTS | 450.00 | 0.9 | 405.00 | Review and analysis of timing of motion and filing of |
| | | | | | - | same and plan next steps and analysis of Local Rule |
| | | | | | - | 7-2 regarding filing requirements. |
| 166.03428 | 10/10/2022 | MTS | 450.00 | 0.3 | 135.00 | Supplement and revise reply brief in support of |
| | | | | | - | motion for default judgment and coordinate with |
| | | | | | - | litigation team regarding same. |
| 166.03428 | 10/24/2022 | MTS | 450.00 | 0.9 | 405.00 | Review and analysis of court's tentative ruling and |
| | | | | | - | prepare status update and recommendations to |
| | | | | | - | client team. |

| | | | | | | |
|---|---|---|---|---|---|---|
| Subtotal for Timekeeper MTS | | | Billable | 81.8 | 36,810.00 | Matthew T. Sinnott |
| | 166.03428 | 05/25/2022 | MDC | 450.00 | 0.8 | 360.00 Communicate (with client) with Andrew E. King and California janitorial leadership team regarding Joe Calcote employment and potential misappropriation of trade secrets. |
| | 166.03428 | 05/26/2022 | MDC | 450.00 | 0.7 | 315.00 Draft/revise letter to Calcote regarding compliance with confidentiality agreement and next steps. |
| | 166.03428 | 05/26/2022 | MDC | 450.00 | 0.6 | 270.00 Review/analyze Calcote email account for misappropriated emails. |
| | 166.03428 | 05/27/2022 | MDC | 450.00 | 0.5 | 225.00 Draft/revise letter to Joncowest regarding Joe Calcote restrictive covenant agreement. |
| | 166.03428 | 06/03/2022 | MDC | 450.00 | 2.2 | 990.00 Draft/revise case initiating documents, including complaint, motion for Temporary Restraining Order and supporting affidavits. |
| | 166.03428 | 06/06/2022 | MDC | 450.00 | 8 | 3,600.00 Draft/revise complaint, motion for Temporary Restraining Order and other case-initiating documents. |
| | 166.03428 | 06/07/2022 | MDC | 450.00 | 5.5 | 2,475.00 Draft/revise motion in support of Temporary Restraining Order. |
| | 166.03428 | 06/07/2022 | MDC | 450.00 | 0.8 | 360.00 Review/analyze motion for expedited discovery. |
| | 166.03428 | 06/08/2022 | MDC | 450.00 | 0.6 | 270.00 Draft/revise Temporary Restraining Order and supporting documents. |
| | 166.03428 | 06/09/2022 | MDC | 450.00 | 1.1 | 495.00 Draft/revise affidavits in support of Temporary Restraining Order motion. |
| | 166.03428 | 06/10/2022 | MDC | 450.00 | 4.5 | 2,025.00 Draft/revise motion for Temporary Restraining Order and supporting documents. |
| | 166.03428 | 06/13/2022 | MDC | 450.00 | 0.3 | 135.00 Research regarding status of service and scheduling of Temporary Restraining Order hearing. |
| | 166.03428 | 06/15/2022 | MDC | 450.00 | 0.6 | 270.00 Communicate (with client) regarding status of case and strategy moving forward. |
| | 166.03428 | 06/16/2022 | MDC | 450.00 | 1.3 | 585.00 Research regarding efforts to locate and contact Calcote and Joncowest representative. |
| | 166.03428 | 06/23/2022 | MDC | 450.00 | 0.6 | 270.00 Research regarding status of service efforts and next steps. |
| | 166.03428 | 06/27/2022 | MDC | 450.00 | 0.3 | 135.00 Research regarding status of service. |
| | 166.03428 | 06/29/2022 | MDC | 450.00 | 0.4 | 180.00 Draft/revise affidavit and motion to set aside notice requirement for Temporary Restraining Order hearing. |
| | 166.03428 | 06/30/2022 | MDC | 450.00 | 0.4 | 180.00 Research regarding status of service and bypassing of court's rule requiring formal service prior to Temporary Restraining Order hearing. |
| | 166.03428 | 07/01/2022 | MDC | 450.00 | 1.2 | 540.00 Research regarding status of service and next steps in obtaining Temporary Restraining Order and preliminary injunction. |
| | 166.03428 | 07/05/2022 | MDC | 450.00 | 1.2 | 540.00 Research regarding entry of Temporary Restraining Order and next steps in case. |
| | 166.03428 | 07/05/2022 | MDC | 450.00 | 0.3 | 135.00 Research regarding status of service and scheduling Temporary Restraining Order hearing. |
| | 166.03428 | 07/06/2022 | MDC | 450.00 | 0.3 | 135.00 Research regarding status of service of Temporary Restraining Order and preparation for P.I. hearing. |
| | 166.03428 | 07/07/2022 | MDC | 450.00 | 0.4 | 180.00 Research regarding status of service and next steps. |
| | 166.03428 | 07/15/2022 | MDC | 450.00 | 0.3 | 135.00 Research regarding outcome of P.I. hearing and next steps in case. |
| | 166.03428 | 07/21/2022 | MDC | 450.00 | 0.3 | 135.00 Communicate (in firm) regarding next steps to continue service and enforcement of preliminary injunction. |
| | 166.03428 | 07/22/2022 | MDC | 450.00 | 0.2 | 90.00 Communicate (with client) regarding status of case and next steps. |
| | 166.03428 | 08/02/2022 | MDC | 450.00 | 1.5 | 675.00 Research regarding enforcement of preliminary injunction and potential contempt against Calcote. |
| | 166.03428 | 08/04/2022 | MDC | 450.00 | 0.7 | 315.00 Research regarding status of case and filing of default and motion for contempt. |
| | 166.03428 | 08/24/2022 | MDC | 450.00 | 0.5 | 225.00 Communicate (with client) regarding status of case and recommended course of action. |
| | 166.03428 | 08/25/2022 | MDC | 450.00 | 0.4 | 180.00 Communicate (with client) regarding finalization of default judgment and collection. |
| | 166.03428 | 09/08/2022 | MDC | 450.00 | 0.3 | 135.00 Research regarding status of default order and damages calculation. |
| | 166.03428 | 09/21/2022 | MDC | 450.00 | 1.3 | 585.00 Draft/revise motion for default judgment. |
| | 166.03428 | 10/07/2022 | MDC | 450.00 | 0.2 | 90.00 Research regarding status of motion for default judgment. |
| | 166.03428 | 10/24/2022 | MDC | 450.00 | 0.3 | 135.00 Review/analyze court's order on motion for default judgment. |
| Subtotal for Timekeeper MDC | | | Billable | 38.6 | 17,370.00 | Matt D. Crawford |
| | 166.03428 | 06/10/2022 | DLL | 400.00 | 1.7 | 680.00 Review and analysis of case law and statutes regarding trade secret matters, with attention to factors the court considers in determining whether |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | - | misappropriation occurred and the requirement an |
| | | | | | - | alleged wrongdoer must use the misappropriated |
| | | | | | - | information to be successful, in preparation for |
| | | | | | - | revising the legal analysis portion of the |
| | | | | | - | memorandum of points and authorities in support |
| | | | | | - | of the client's application for temporary restraining |
| | | | | | - | order. |
| 166.03428 | 06/10/2022 | DLL | 400.00 | 2.3 | 920.00 | Revise portions of the memorandum of points and |
| | | | | | - | authorities in support of the client's application for |
| | | | | | - | temporary restraining order, with attention to |
| | | | | | - | amending legal arguments regarding the client's |
| | | | | | - | likelihood of success on the merits for its |
| | | | | | - | misappropriation claim, incorporating additional |
| | | | | | - | legal citations, and revising existing legal citations to |
| | | | | | - | ensure compliance with federal and local rules of |
| | | | | | - | court. |
| 166.03428 | 06/14/2022 | DLL | 400.00 | 0.5 | 200.00 | Review and analysis of the Court's order regarding |
| | | | | | - | procedure and motions, including the filing of a |
| | | | | | - | TRO, in preparation for proceeding with the client's |
| | | | | | - | application for TRO. |
| 166.03428 | 07/01/2022 | DLL | 400.00 | 0.5 | 200.00 | Prepare for and conduct conference call with the |
| | | | | | - | team to discuss strategy and next steps in effecting |
| | | | | | - | service on Plaintiff of the complaint and temporary |
| | | | | | - | restraining order. |
| 166.03428 | 07/13/2022 | DLL | 400.00 | 1.8 | 720.00 | Draft the client's notice of non-opposition to the |
| | | | | | - | order to show cause why a preliminary injunction |
| | | | | | - | should not issue and status update regarding service |
| | | | | | - | attempts on Plaintiff for the temporary restraining |
| | | | | | - | order and complaint, in preparation for attending |
| | | | | | - | the hearing regarding the same. |
| 166.03428 | 07/15/2022 | DLL | 400.00 | 1.1 | 440.00 | Review and analysis of the client file, with attention |
| | | | | | - | to the original TRO package filed, various emails |
| | | | | | - | received from our process server, and notes |
| | | | | | - | regarding the case, in preparation for attending the |
| | | | | | - | hearing on the client's preliminary injunction. |
| 166.03428 | 07/15/2022 | DLL | 400.00 | 0.6 | 240.00 | Prepare for and attend the hearing on the client's |
| | | | | | - | preliminary injunction. |
| 166.03428 | 07/15/2022 | DLL | 400.00 | 0.5 | 200.00 | Draft status update to various client staff regarding |
| | | | | | - | the outcome of the client's request for preliminary |
| | | | | | - | injunction. |
| 166.03428 | 07/18/2022 | DLL | 400.00 | 1.2 | 480.00 | Review and analysis of case law and statutes |
| | | | | | - | regarding preliminary injunctions, with attention to |
| | | | | | - | requirement elements to be included in the |
| | | | | | - | proposed order and information on how the client is |
| | | | | | - | to post the preliminary injunction bond. |
| 166.03428 | 07/18/2022 | DLL | 400.00 | 0.7 | 280.00 | Draft the client's proposed order for the preliminary |
| | | | | | - | injunction, with attention to ensuring all |
| | | | | | - | requirements are met, all conduct to be enjoined is |
| | | | | | - | specifically described, and other ancillary matters are |
| | | | | | - | addressed from the court's oral ruling, in |
| | | | | | - | preparation for serving an executed copy of the |
| | | | | | - | order on Plaintiff. |
| 166.03428 | 07/19/2022 | DLL | 400.00 | 0.5 | 200.00 | Prepare for and conduct conference call with |
| | | | | | - | Andrew King, with attention discussing the process |
| | | | | | - | of Allied securing a bond to effectuate the |
| | | | | | - | preliminary injunction, in furtherance of litigation |
| | | | | | - | strategy. |
| 166.03428 | 07/19/2022 | DLL | 400.00 | 0.4 | 160.00 | Engage in numerous communications with Allied |
| | | | | | - | staff and the bonding company, with attention to |
| | | | | | - | securing the bond, information to be contained in |
| | | | | | - | the same, and how we will deliver the bond to the |
| | | | | | - | court, in furtherance of effectuating the preliminary |
| | | | | | - | injunction. |
| 166.03428 | 07/21/2022 | DLL | 400.00 | 0.4 | 160.00 | Prepare for and conduct conference call with the |
| | | | | | - | team, with attention to determining next steps in |
| | | | | | - | enforcing the preliminary injunction. |
| 166.03428 | 07/22/2022 | DLL | 400.00 | 0.5 | 200.00 | Draft status update to the client, with attention to |
| | | | | | - | the recent preliminary injunction hearing, service of |
| | | | | | - | Plaintiff's complaint and response deadline, and next |
| | | | | | - | steps to ensure we're aware of any violation of the |
| | | | | | - | order by Calcote. |
| 166.03428 | 08/01/2022 | DLL | 400.00 | 0.3 | 120.00 | Draft status update in Legal Tracker, with attention |
| | | | | | - | to our attempts at service of the complaint on the |
| | | | | | - | defendant, as well as the recent order from the court |
| | | | | | - | granting the client's preliminary injunction against |
| | | | | | - | the defendant and his employer. |
| 166.03428 | 08/02/2022 | DLL | 400.00 | 0.3 | 120.00 | Prepare for and conduct internal discussion with the |
| | | | | | - | team regarding Defendant's failure to return |
| | | | | | - | documents in violation of the preliminary injunction, |
| | | | | | - | procedure for seeking compliance with the order, |
| | | | | | - | and strategy for best seeking compliance in light of |
| | | | | | - | the anticipated need to make a request for default. |

| Matter | Date | TK | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|---|
| 166.03428 | 08/04/2022 | DLL | 400.00 | 0.5 | 200.00 | Prepare for and conduct conference call with team to determine next steps in the enforcement of the preliminary injunction and seeking a default judgment for Calcote's failure to respond to the complaint. |
| 166.03428 | 08/09/2022 | DLL | 400.00 | 0.6 | 240.00 | Review and revise the draft motion for entry of default and the declaration of counsel, in preparation for filing the same. |
| 166.03428 | 08/11/2022 | DLL | 400.00 | 0.3 | 120.00 | Draft status update to the client in Legal Tracker, with attention to updating the client on the preliminary injunction received, entry of default, and upcoming default prove up package. |
| 166.03428 | 08/12/2022 | DLL | 400.00 | 0.2 | 80.00 | Prepare for and conduct internal team meeting, with attention to discussion of status of entry of default and next steps in providing up the default and obtaining fees. |
| 166.03428 | 08/23/2022 | DLL | 400.00 | 0.3 | 120.00 | Draft status update to the client in Legal Tracker, with attention to updating the client on the preliminary injunction received, entry of default, and upcoming default prove up package. |
| 166.03428 | 09/16/2022 | DLL | 400.00 | 0.8 | 320.00 | Review and analysis of demand letter from Calcote's attorney, with attention to claims alleged and developing strategy on how to respond in light of the upcoming default prove up package filing. |
| 166.03428 | 09/20/2022 | DLL | 400.00 | 1.1 | 440.00 | Draft portions of the default prove up package, with attention to incorporating additional facts and law to the trade secrets section of the motion, in preparation for serving the same. |
| 166.03428 | 09/21/2022 | DLL | 400.00 | 1.4 | 560.00 | Continue drafting the default prove up package, with attention to incorporating additional facts and law to the trade secret claim, and all other claims brought by the client against Calcote, in preparation for submitting the same. |
| 166.03428 | 09/22/2022 | DLL | 400.00 | 2.7 | 1,080.00 | Continue drafting portions of the default prove up package, with attention to adding facts and law in support of the client's position on the requested damage award, facts for default have been proven, and attorneys' fees, in preparation for filing the same. |
| 166.03428 | 09/22/2022 | DLL | 400.00 | 1.2 | 480.00 | Draft Peggy Grzywacz's declaration in support of the client's motion for default judgment. |
| 166.03428 | 09/22/2022 | DLL | 400.00 | 0.6 | 240.00 | Draft counsel's declaration in support of the client's motion for default judgment. |
| 166.03428 | 09/23/2022 | DLL | 400.00 | 1.4 | 560.00 | Review and analysis of case law and statutes regarding federal default judgment motions, with attention to whether a proposed judgment must be included wit the filing and what information must be contained in the proposed judgment, in preparation for filing. |
| 166.03428 | 09/23/2022 | DLL | 400.00 | 1.6 | 640.00 | Revise the motion for default judgment, with attention to incorporating additional legal arguments in support of the client's attorneys' fees request and trade secrets analysis, in preparation for filing. |
| 166.03428 | 09/23/2022 | DLL | 400.00 | 0.3 | 120.00 | Draft status update to the client in Legal Tracker, with attention to updating the client on the preliminary injunction received, entry of default, and upcoming default prove up package. |
| 166.03428 | 10/10/2022 | DLL | 400.00 | 0.9 | 360.00 | Review and analysis of case law and statutes regarding federal court procedure, with attention to requirements regarding notices of non-opposition and local rules permitting the court may grant the motion unopposed, in preparation for drafting the client's reply brief. |
| 166.03428 | 10/10/2022 | DLL | 400.00 | 1.2 | 480.00 | Draft the client's reply brief and non-opposition to its motion. |
| 166.03428 | 10/20/2022 | DLL | 400.00 | 0.4 | 160.00 | Review and analysis of litigation strategy, with attention to identifying alternations to litigation strategy, and development of methods to reach an early resolution of the case, in preparation for continuing our investigation and developing the client's position. |
| Subtotal for Timekeeper DLL | | | Billable | 28.8 | 11,520.00 | David L. Lewis |
| 166.03428 | 05/25/2022 | JHA | 325.00 | 0.2 | 65.00 | Review communication from and between Matthew D. Crawford and Matt T. Sinnott regarding: new non compete case. |
| 166.03428 | 05/26/2022 | JHA | 325.00 | 3 | 975.00 | Research California Trade Secret laws and discuss with Matthew D. Crawford. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 166.03428 | 05/27/2022 | JHA | 325.00 | 4.2 | 1,365.00 | Continued research on California trade secret laws and send research to Matthew D. Crawford. |
| 166.03428 | 05/27/2022 | JHA | 325.00 | 1 | 325.00 | Review/analyze file documents to determine possible arguments and discuss strategies to prepare to draft pleadings with Matthew D. Crawford. |
| 166.03428 | 05/31/2022 | JHA | 325.00 | 5.8 | 1,885.00 | Initial draft of complaint and send to Matt T. Sinnott for review. |
| 166.03428 | 06/01/2022 | JHA | 325.00 | 3.2 | 1,040.00 | Review/analyze Calcote agreement, documents sent to himself to prepare to draft faction section in complaint. |
| 166.03428 | 06/01/2022 | JHA | 325.00 | 1.5 | 487.50 | Research case law in support of trade secrets in support of allegations for complaint. |
| 166.03428 | 06/02/2022 | JHA | 325.00 | 0.4 | 130.00 | Communicate with vp regarding: Calcote's employment with the company. |
| 166.03428 | 06/02/2022 | JHA | 325.00 | 2 | 650.00 | Continued research case law in support of trade secrets to prepare to draft Temporary Restraining Order. |
| 166.03428 | 06/02/2022 | JHA | 325.00 | 4 | 1,300.00 | Initial draft of Temporary Restraining Order. |
| 166.03428 | 06/02/2022 | JHA | 325.00 | 3 | 975.00 | Initial draft of decelerations and other supporting orders. |
| 166.03428 | 06/03/2022 | JHA | 325.00 | 2.5 | 812.50 | Research case law to support the request for expedited discovery. |
| 166.03428 | 06/03/2022 | JHA | 325.00 | 2.5 | 812.50 | Continued draft of complaint and send to Matthew D. Crawford. |
| 166.03428 | 06/03/2022 | JHA | 325.00 | 5.3 | 1,722.50 | Continued draft of Temporary Restraining Order and send to Matthew D. Crawford. |
| 166.03428 | 06/04/2022 | JHA | 325.00 | 3 | 975.00 | Continued draft/revise of memorandum of law in support of Temporary Restraining Order and draft proposed Temporary Restraining Order. |
| 166.03428 | 06/04/2022 | JHA | 325.00 | 4 | 1,300.00 | Initial draft of motion for expedited discovery and supporting discovery requests and order granting proposed expedited discovery. |
| 166.03428 | 06/04/2022 | JHA | 325.00 | 2 | 650.00 | Research case law and develop arguments in preperation to draft of motion for expedited discovery. |
| 166.03428 | 06/05/2022 | JHA | 325.00 | 4.5 | 1,462.50 | Review/analyze former employee's extensive email history and index for court pleadings. |
| 166.03428 | 06/05/2022 | JHA | 325.00 | 2 | 650.00 | Draft/revise Complaint. |
| 166.03428 | 06/05/2022 | JHA | 325.00 | 2 | 650.00 | Draft/revise Motion for expedited discovery. |
| 166.03428 | 06/05/2022 | JHA | 325.00 | 2.5 | 812.50 | Draft/revise motion in support of Temporary Restraining Order. |
| 166.03428 | 06/06/2022 | JHA | 325.00 | 3 | 975.00 | Edit and revise complaint. |
| 166.03428 | 06/06/2022 | JHA | 325.00 | 2 | 650.00 | Continued draft of motion for expedited discovery. |
| 166.03428 | 06/06/2022 | JHA | 325.00 | 0.5 | 162.50 | Meeting with Matthew D. Crawford, Matt T. Sinnott , David L. Lewis regarding filing pleading and declarations. |
| 166.03428 | 06/06/2022 | JHA | 325.00 | 0.8 | 260.00 | Edit and revise supporting Temporary Restraining Order and order granting expedited discovery. |
| 166.03428 | 06/06/2022 | JHA | 325.00 | 1 | 325.00 | Continued review/analyze documents Calcote sent himself to finalize the complaint. |
| 166.03428 | 06/07/2022 | JHA | 325.00 | 0.6 | 195.00 | Communicate (in firm) regarding documents necessary for submitting complaint. |
| Subtotal for Timekeeper JHA | | | Billable | 66.5 | 21,612.50 | Julie Hunter-Anderson |