| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(name and Address)*:<br>JOSEPH CALCOTE<br>28611 BLOOM LANE<br>SANTA CLARITA, CA 91350<br><br>ATTORNEY FOR *(Name)*:  IN PRO PER | TELEPHONE NO.:<br>(818) 624-6244 |

FOR COURT USE ONLY

FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DVE ___ DEPUTY

**U.S. DISTRICT COURT OF CALIFORNIA, CENTRAL DISTRICT-ORANGE**

STREET ADDRESS:  411 W. 4TH STREET RM. #1053

MAILING ADDRESS:  SAME
CITY AND ZIP CODE:  SANTA ANA, CA 92701-4516
    BRANCH NAME:  RONALD REAGAN FEDERAL BLDG.

PLAINTIFF/PETITIONER:    UNIVERSAL BUILDING MAINTENANCE LLC-ALLIED UNIVERSAL

DEFENDANT/RESPONDENT:  JOSEPH CALCOTE

| NOTICE OF MOTION / MOTION FOR ORDER<br>TRANSFERING CASE TO APPROPRIATE COURT<br>(CHANGE OF VENUE) [CCP §396b] | CASE NUMBER:<br>8:22-CV-01125-JVS-DFMx |
|---|---|

**Hearing Date:**_____    **Time:**_____    **Courtroom:**

**Filing Date of Original Complaint or Petition in this Case:** ✓ _____

Defendant(s)/Respondent(s), JOSEPH CALCOTE, hereby move(s) for an order transferring this action from the Santa Ana Court of the State of California, County of Orange to the U.S. District Court of the State of California, <u>Central District- County of Los Angeles</u>. This motion is made pursuant to Code of Civil Procedure Sections 392 through 396b.

I/WE: <u>JOSEPH CALCOTE</u> , declare as follows:

1. I/we am/are the defendant(s)/respondent(s) in this case.
2. I/we am/are current residents of the County of Los Angeles, State of California.
3. The alleged claim on which I/we am/are being sued arose or occurred in the County of _____ Los Angeles, State of California.
4. At the time the alleged claim on which I/we am/are being sued arose or occurred, I/we was/were residents of the County of Los Angeles, State of <u>California.</u>
5. ☐   The real property upon which the alleged claims in this lawsuit are based is located in the County of _____, State of _____.
6. ☒   The alleged contract upon which the alleged claims in this lawsuit are based was entered into in the <u>County of Los Angeles, State of California.</u>
7. ☒   The alleged contract upon which the alleged claims in this lawsuit are based was to be performed in the <u>County of Los Angeles, State of California.</u>

I declare, under penalty of perjury under California State law that the information above is true and correct.

Date: <u>October 26, 2022</u>        <u>Joseph Calcote</u>                    _____
                                        *(Defendant/Respondent's printed name)*      *(Defendant/Respondent's signature)*

Date:_____      _____        _____

*(Defendant/Respondent's printed name)*      *(Defendant/Respondent's signature)*

| | |
|---|---|
| Short Title UNIVERSAL BUILDING MAINTENANCE LLC VS CALCOTE | 8:22-CV-01125-JVS-DFMx<br>Case Number |

## POINTS AND AUTHORITIES

☐ Paragraph(s) _____ of the complaint identify the contract/incident/claim to have occurred or arose in the County of Los Angeles, State of California.

☐ Code of Civil Procedure § 392 provides that in cases concerning real property, the proper court for the case is in the county where the real property is located.

☐ Code of Civil Procedure § 393 provides that in cases concerning the recovery of a penalty or forfeiture imposed by law, the proper court for the case is in the county where the cause arose.

☒ Code of Civil Procedure § 395 provides that cases should be brought in the county where one or more of the defendants reside at the time the lawsuit is filed.

☐ Code of Civil Procedure § 396a provides that cases involving
    ☐ installment sales under Civil Code §1812.10;
    ☐ financing of motor vehicle sales under Civil Code §2984.4; or
    ☐ other goods, services, loans or extensions of credit intended primarily for personal, family or household use under Code of Civil Procedure §395(b)
should be brought in the county where 1) the buyer or lessee lived at the time the contract was entered into, 2) the buyer or lessee signed the contract, or 3) the buyer or lessee lives at the time the case is filed.

Code of Civil Procedure §396b provides that a court can transfer a case to the proper court upon a motion brought by a defendant prior to, or at the time of, filing an answer or other response to the complaint.

Respectfully submitted,

Date: October 26, 2022     Joseph Calcote _____
                        *(Defendant's printed name)*     *(Defendant's signature)*

Date: _____    _____    _____
                        *(Defendant's printed name)*     *(Defendant's signature)*