NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)
JOSEPH CALCOTE, IN PRO PER
28611 BLOOM LANE
SANTA CLARITA, CA 91350
(818) 624-6244



FILED
CLERK, U.S. DISTRICT COURT

NOV - 7 2022

CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL BUILDING MAINTENANCE LLC-ALLIED UNIVERSAL JANITORIAL<br><br>PLAINTIFF(S),<br>v.<br>JOSEPH CALCOTE<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:22-CV-01125-JVS-DFMx<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of LOS ANGELES, State of California, and not a party to the above-entitled cause. On OCTOBER 26, 2022, I served a true copy of NOTICE OF MOTION AND MOTION TO TRANSFER CASE TO PROPER VENUE, AND ORDER by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: MATTHEW T. SINNOTT Esq. (SBN 229468) 5800 Armada Dr. Suite 101, Carlsbad, CA 92008
Executed on OCTOBER 26, 2022 at LOS ANGELES, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

Signature of Person Making Service JERRY LEE

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

Signature                                   Party Served