UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 22-01125JVS(DFMx) | Date | November 9, 2022 |
| Title | Universal Building Maintenance LLC v Joseph Calcote, et al | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

Not Present  Not Present

**Proceedings:**   **[IN CHAMBERS] ORDER STRIKING MOTION**

      On November 7, 2022 defendant in Pro Se Joseph Calcote filed a Motion for Order Transferring Case to Appropriate Court [Dkt 27]. The Court STRIKES the motion as Default by Clerk as to defendant Calcote was entered on August 11, 2022 and a default judgment was entered against him on November 7, 2022

A copy of this minute order is mailed to:

Joseph Calcote
28611 Bloom Lane
Santa Clarita, CA 91350

: 0

Initials of Preparer  lmb