MATTHEW T. SINNOTT (SBN 229468)
msinnott@martensonlaw.com
DAVID L. LEWIS (SBN 284537)
dlewis@martensonlaw.com
MARTENSON, HASBROUCK & SIMON LLP
5800 Armada Drive, Suite 101
Carlsbad, California 92008
Telephone: (760) 683-8499
Facsimile:  (404) 909-8120

Attorneys For Plaintiff
UNIVERSAL BUILDING MAINTENANCE, LLC dba ALLIED UNIVERSAL JANITORIAL SERVICES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNIVERSAL BUILDING MAINTENANCE, LLC dba ALLIED UNIVERSAL JANITORIAL SERVICES,<br><br>            Plaintiff,<br><br>     v.<br><br>JOSEPH CALCOTE,<br><br>            Defendant. | CASE NO.: 8:22-cv-01125-JVS-DFMx<br><br>**NOTICE OF LODGING [PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF UNIVERSAL BUILDING MAINTENANCE, LLC** |

1  Please take notice that Plaintiff hereby lodges the [Proposed] Judgment
2
3  in Favor of Plaintiff Universal Building Maintenance, LLC as an attachment to
4  this notice.
5
6  DATE: November 9, 2022          MARTENSON, HASBROUCK & SIMON, LLP
7
8                                  By:  */s/ Matthew T. Sinnott*
                                        Matthew T. Sinnott
9                                       David L. Lewis
                                        Attorney for Plaintiff
10                                      UNIVERSAL BUILDING MAINTENANCE,
                                        LLC dba ALLIED UNIVERSAL
11                                      JANITORIAL SERVICES
12                                      .
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing NOTICE OF LODGING [PROPOSED] ORDER GRANTING PLAINTIFF UNIVERSAL BUILDING MAINTENANCE, LLC'S PRELIMINARY INJUNCTION has been served upon the opposing party in this matter via U.S. mail to:

Joseph Calcote

28611 Bloom Lane

Santa Clarita, CA 91350

Dated: November 9, 2022

/s/Matthew T. Sinnott_____
Matthew T. Sinnott, Esq.